IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**SAMUEL HAYDEN,**

      **Petitioner,**

      v.

**WARDEN, MARION CORRECTIONAL INSTITUTION,**

      **Respondent.**

**Case No. 2:15-cv-2927**
**JUDGE SMITH**
**Magistrate Judge King**

## ORDER

On May 10, 2016, the Magistrate Judge denied Petitioner's request for an evidentiary hearing and recommended that Respondent's *Motion to Dismiss* (ECF No. 11) be granted. *Order and Report and Recommendation* (ECF No. 13). Although the parties were advised of the right to object to the Magistrate Judge's *Order and Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Order and Report and Recommendation* (ECF No. 13) is **ADOPTED** and **AFFIRMED.** Respondent's *Motion to Dismiss* (ECF No. 11) is **GRANTED**. This action is hereby **DISMISSED.**

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.

                                                *\s\ George C. Smith*
                                                **GEORGE C. SMITH, JUDGE**
                                                **UNITED STATES DISTRICT COURT**